**IT IS ORDERED as set forth below:**

**Date: November 16, 2020**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 7** |
| | : | |
| **ALLISON MARIE FUQUEA,** | : | |
| | : | **CASE NO. 20-40942BEM** |
| Debtor. | : | |
| _____ | : | **(HONORABLE BARBARA ELLIS-MONRO)** |

**ORDER REGARDING SHORTENED NOTICE PROCEDURES CONCERNING TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL ESTATE TO AMBER FORD PURSUANT TO 11 U.S.C. §363(b), FOR WAIVER OF FOURTEEN (14) DAY STAY SET FORTH IN FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h), REQUEST FOR APPROVAL OF SHORTENED NOTICE <u>PROCEDURES, AND FOR OTHER RELIEF</u>**

IT APPEARING that Thomas D. Richardson, Trustee for the above Debtor (the "Trustee"), has filed a Motion to Sell Estate's Interest in Real Estate to Amber Ford pursuant to 11 U.S.C. §363(b), for Waiver of Fourteen (14) Day Stay set forth in Federal Rule of Bankruptcy Procedure 6004(h), Request for Approval of Shortened Notice Procedures, and for Other Relief (the

658939.1

"Motion"); and it further appearing that for cause shown, grounds exist to shorten the twenty-one (21) day notice period set forth in Bankruptcy Rule 2002(a)(2) to fourteen (14) days,

NOW THEREFORE, IT IS HEREBY ORDERED that the Trustee's Request to shorten time for notice of the proposed sale of the Property described in the Motion is hereby granted and the time for notice is hereby reduced to fourteen (14) days.

IT IS FURTHER ORDERED that the Trustee (1) serve this Order with the Notice of Hearing on the Motion upon (i) all non-government creditors who have filed proofs of claim in the case, (ii) all parties known to claim an interest in the Property, (iii) all entities who have filed a notice of appearance and request for service of papers in this case, (iv) all government entities listed on the creditor matrix, (v) Debtor's counsel, and (vi) the office of the United States Trustee by U.S. Mail, except Cenlar FSB, the only known potential lien holder, shall be served by overnight mail, and (2) certify to the Court that such service was made.

### END OF DOCUMENT

Prepared and presented by:

**BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP**

_____
Thomas D. Richardson
Georgia Bar No: 604313
Attorney for interim Trustee in Bankruptcy
for Debtor Allison Marie Fuquea
P.O. Box 5007
Rome, Georgia 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

658939.1