**IT IS ORDERED as set forth below:**

Date: November 16, 2020

_____
**Barbara Ellis-Monro**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| ALLISON MARIE FUQUEA, | : |
| | : CASE NO. 20-40942BEM |
| Debtor. | : |
| _____ | : (HONORABLE BARBARA ELLIS-MONRO) |

**ORDER REGARDING SHORTENED NOTICE PROCEDURES
CONCERNING TRUSTEE'S APPLICATION FOR COMPENSATION TO
REAL ESTATE PROFESSIONALS, AND REQUEST FOR APPROVAL OF
<u>SHORTENED NOTICE PROCEDURES</u>**

IT APPEARING that Thomas D. Richardson, Trustee for the above Debtor (the "Trustee"), has filed An Application for Compensation to Real Estate Professionals, and Request for Approval of Shortened Notice Procedures, (the "Motion"); and it further appearing that for cause shown, grounds exist to shorten the twenty-one (21) day notice period set forth in Bankruptcy Rule 2002(a)(2) to fourteen (14) days,

658969.1

NOW THEREFORE, IT IS HEREBY ORDERED that the Trustee's Request to shorten time for notice of the Application for Compensation to Real Estate Professionals is hereby granted and the time for notice is hereby reduced to fourteen (14) days.

IT IS FURTHER ORDERED that the Trustee (1) serve this Order with the Notice of Hearing on the Motion upon (i) all non-government creditors who have filed proofs of claim in the case, (ii) all parties known to claim an interest in the Property, (iii) all entities who have filed a notice of appearance and request for service of papers in this case, (iv) all government entities listed on the creditor matrix, (v) Debtor's counsel, and (vi) the office of the United States Trustee by U.S. Mail, except Cenlar FSB, the only known potential lien holder, shall be served by overnight mail, and (2) certify to the Court that such service was made.

END OF DOCUMENT

Prepared and presented by:

BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP

_____
Thomas D. Richardson
Georgia Bar No: 604313
Attorney for interim Trustee in Bankruptcy
for Debtor Allison Marie Fuquea
P.O. Box 5007
Rome, Georgia 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

658969.1